**No. 11-340. Sprint Spectrum, L.P., Petitioner v. Ramzy Ayyad, et al.**

565 U.S. 1014, 132 S. Ct. 555, 181 L. Ed. 2d 397, 2011 U.S. LEXIS 8028.

November 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

Same case below, 193 Cal. App. 4th 298, 122 Cal. Rptr. 3d 726.